**<u>EXHIBIT 1</u>:** VIDEO 1 – STILL-FRAME IMAGE



**<u>EXHIBIT 1</u>:** VIDEO 2 – STILL-FRAME IMAGE

